| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JEFFREY G. BARTLEMUS | ) | No. 2:17-bk-07035-MCW |
| | ) | |
| Debtor. | ) | ORDER FOR RULE 2004 |
| | ) | EXAMINATION AND FOR |
| | ) | PRODUCTION OF DOCUMENTS |
| | ) | |
| _____ | ) | |

This Court having received and considered the United States Trustee's Motion for FRBP 2004 Examination and for Production of Documents, and good cause appearing therefor,

**IT IS HEREBY ORDERED** granting the Motion and directing the Debtor to: (1) appear for an oral examination under oath at a date and time agreeable to the parties or, if upon notice, after not less than 28 days' notice; and (2) to produce the documents identified on Exhibit "A" on a date and time agreeable to the parties or, if upon notice after not less than 21 days' notice.

DATED AND SIGNED ABOVE

# EXHIBIT "A"

## DOCUMENTS TO BE PRODUCED

1. Please produce copies of the federal and state tax returns for the Debtor, including all schedules and attachments, for years 2015 and 2016.

2. Please produce copies of all of Debtor's tax forms W2, forms 1099, and Schedule K-1s for the years 2015 and 2016.

3. With respect to all bank, financial, credit, and debit accounts, held in the name of the Debtor, or as to which the Debtor had signatory authority or access, *e.g.,* by regular use of a debit or credit card, during and covering the period, in whole or in part, from June 1, 2016 through the present, please produce the following:

4. Copies of all monthly or periodic statements for all such accounts for the period from June 1, 2016 through the present;

5. Copies of checks or other instruments in excess of $1,000 drawn on such accounts during the period from June 1, 2016 through the present;

6. Copies of all deposited checks or other instruments and all documents showing any other fund transfers (including wire transfers, cash deposits and electronic bank drafts) deposited into such accounts, along with deposit slips, during the period from June 1, 2016 through the present; and

7. Any and all notes, loans or financing agreements payable by the Debtor, or related party or individual, regarding the Debtor's 2017 Nissan Sentra listed in Debtor's Schedules

8. Any and all notes, loans or financing agreements payable by the Debtor, or related party or individual, regarding the Debtor's 2017 Nissan Titan listed in Debtor's Schedules.

9. Any and all loan applications made by the Debtor, or related party or individual to the Debtor, regarding the 2017 Nissan Sentra listed in Debtor's Schedules.

10. Any and all loan applications made by the Debtor, or related party or individual to the Debtor, regarding the 2017 Nissan Titan listed in Debtor's Schedules.

11. Copies of any and all insurance policies covering any and all real or personal property owned by the Debtor.